# Order

**Lansing, Michigan**

January 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142627 (86)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH LASHAWN VAUGHN,
      Defendant-Appellant.

_____

SC:    142627
COA: 292385
Wayne CC:  02-011197-FC

      On order of the Chief Justice, the motion by Craig A. Daly for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 6, 2012

_____
Clerk